No. 96–6787. STRUVE v. PARK PLACE APARTMENTS. Sup. Ct. Tex. Certiorari denied.

No. 96–6788. NICHOLAS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 96–6789. McINTOSH v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 96–6793. BISHOP v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96–6794. BLANK v. HAWKESWORTH ET AL. Ct. App. Ky. Certiorari denied.

No. 96–6795. LAWAL v. BRIDGETOWN GRILL. C. A. 11th Cir. Certiorari denied.

No. 96–6799. JONES v. ROBERTS, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 96–6804. ARTEAGA v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 96–6806. DENT v. WOOD, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 96–6815. CURIALE v. KNOWLES, GOVERNOR OF ALASKA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–6816. MEGRAVE v. SACRAMENTO COUNTY SHERIFF'S DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–6821. PIOTEREK v. LABOR AND INDUSTRY REVIEW COMMISSION ET AL. Ct. App. Wis. Certiorari denied.

No. 96–6831. SORTON v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–6832. COLLIGAN v. TRANS WORLD AIRLINES. C. A. 8th Cir. Certiorari denied.